| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| BALPREET THIARA (CA SBN 265150)<br>DHRUV M. SHARMA (CA SBN 279545)<br>JOSEPH C. DELMOTTE (CA SBN 259460)<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858)750-7600   Facsimile: (619) 590-1385<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>OCT 25 2013<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY sandoval DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>MICHAEL EUGENE MOORE<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 6:13-bk-21735-MH<br>DATE: October 22, 2013<br>TIME: 10:00 am<br>CTRM: 303 |
|---|---|

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362
**(MOVANT: HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AF2**
**)**

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Not Prosecuted

2. The description of the property (the "Property") to which this Order applies is as follows *(specify common description or street address): 2127 Riviera Drive, Blythe, California 92225*

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

   ☒ Based upon the findings and conclusions made on the record at the hearing
   ☐ Unexcused non-appearance by Movant
   ☐ The automatic stay is no longer in effect under:    ☐ 11 U.S.C. § 362(c)(2)(A)    ☐ 11 U.S.C. § 362(c)(2)(B)
                                                           ☐ 11 U.S.C. § 362(c)(3)(A)    ☐ 11 U.S.C. § 362(c)(4)(A)

   ☐ Other *(specify):*

4. ☐ Movant may not file another motion for relief from the stay in this case absent a court order authorizing re-filing.

Date: October 25, 2013

*[Signature]*
Mark Houle
United States Bankruptcy Judge

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                           **F 4001-10.DENY**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** was entered on the date indicated as ₐEntered₎ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ₐNEF₎)** ʙ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 23, 2013, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Trustee:** Helen R. Frazer (TR) hfrazer@aalrr.com, mbuenaventura@aalrr.com;C112@ecfcbis.com
**United States Trustee:** ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor:**
Michael Eugene Moore
13766 Turf Paradise
Corona, CA 92880

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ₐEntered₎ stamp, the party lodging the judgment or order will serve a complete copy bearing an ₐEntered₎ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.DENY**